# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VARTKES BOURMAIAN,
    #96851

    Plaintiff,

vs.

DOUGLAS GILLESPIE, *et al.*,

    Defendants.

2:10-cv-02233-JCM-GWF

**ORDER**

    Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; the statement for plaintiff's institutional account is missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

    **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of this entire action.

    DATED this 8th day of February, 2011.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge