# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VARTKES BOURMAIAN, #96851 | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-02233-JCM-GWF |
| vs. | ) ) | |
| DOUGLAS GILLESPIE, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the Court on Defendants Naphcare, Inc., Cornelius Henderson, Louis Rospowl, and Patricia Oliver's Motion to Stay Discovery in Light of the Pending Motion to Dismiss, or, in the Alternative, Motion to Extend All Discovery Deadlines for an Additional 120 Days (#19), filed on June 13, 2011. Defendant Simone Russo filed a Joinder to Defendants' Motion (#21) on June 15, 2011. Defendants' motion to dismiss (#14) was granted on July 14, 2011 and all of the claims against the defendants in this action have been dismissed without prejudice. Because the claims in this matter have been dismissed, the request to stay is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Naphcare, Inc., Cornelius Henderson, Louis Rospowl, and Patricia Oliver's Motion to Stay Discovery in Light of the Pending Motion to Dismiss, or, in the Alternative, Motion to Extend All Discovery Deadlines for an Additional 120 Days (#19) is **denied as moot**.

DATED this 19th day of July, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**