UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VARTKES BOURMAIAN,<br>    #96851 | )<br>)<br>) |
|     Plaintiff, | )    2:10-cv-02233-JCM-GWF |
| vs. | )<br>) |
| DOUGLAS GILLESPIE, *et al.*, | )    **AMENDED ORDER**<br>) |
|     Defendants. | ) |

Presently before the court is docket #27. The court has reviewed that order and finds that it made an error in dismissing the case with prejudice as to defendant Dr. Simone Russo. In the concluding paragraph, the court inadvertently ordered that claims against Dr. Russo be dismissed with prejudice, which conflicts with the holding in the body of the order to dismiss those claims without prejudice. The court hereby clarifies that order to dismiss claims as to defendant Dr. Simone Russo *without prejudice*.

Accordingly,

. . .

. . .

. . .

. . .

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case as to defendant Dr.
2   Simone Russo, be, and the same hereby is, DISMISSED without prejudice.
3   DATED this 26th day of July, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE