UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VARTKES BOURMAIAN, #96851 | )<br>)<br>) |
| Plaintiff, | )  2:10-cv-02233-JCM-GWF |
| vs. | )<br>)  **ORDER** |
| DOUGLAS GILLESPIE, *et al.*, | )<br>) |
| Defendants. | ) |

Presently before the court is the matter of *Bourmaian v. NaphCare Doctor, et. al.* (Case No. 2:10-cv-02233-JCM-GWF).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiff filed the complaint on March 17, 2011. (Doc. #17). Pursuant to Federal Rule of Civil Procedure 4(m), on February 1, 2012, the clerk of the court provided notice to plaintiff that the action would be dismissed as to the two remaining defendants, NaphCare Doctor and NaphCare Nurse, if plaintiff did not file proof of service of process by March 2, 2012. (Doc. #31).

1  The court's docket reflects that, to date, plaintiff has failed to serve the remaining defendants.
2  Further, plaintiff has failed to request an extension of time to determine the true identities of the
3  remaining defendants.
4  Accordingly,
5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case be,
6  and the same hereby is, DISMISSED without prejudice.
7  DATED March 9, 2012.

_____
UNITED STATES DISTRICT JUDGE